IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEWIS AND GENEVA D. LEWIS, individually, | ) ) ) | |
| | ) | Case No. 18-50186 |
| Plaintiffs, | ) ) | |
| | ) | Honorable Frederick J. Kapala |
| | ) | |
| v. | ) | Honorable Iain D. Johnston |
| | ) | |
| 300 WEST, LLC, an Illinois Limited Liability Company, *et al*. | ) ) | JURY TRIAL DEMANDED |

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Arnold Magnetic Technologies Corporation, Arnold Magnetic Technologies Holdings Corporation, Compass Group Diversified Holdings LLC, Flexmag Industries, Inc., and The Arnold Engineering Co. (collectively, the "Arnold Defendants") move this Court for an extension to September 28, 2018 to answer or otherwise plead. In support, the Arnold Defendants state as follows:

1. On June 8, 2018, Plaintiffs sent the Arnold Defendants Waivers of Service, which the Arnold Defendants executed. *See* Docket No. 15.

2. Accordingly, the Arnold Defendants' answers or responsive pleadings are due by August 7, 2018. *Id.*

3. Due to several upcoming commitments on the Arnold Defendants' attorneys' calendars, the Arnold Defendants request an extension to September 28, 2018 to answer or otherwise plead.

4. One of the Arnold Defendants' attorneys, Jennifer T. Nijman, communicated with

one of Plaintiffs' attorneys, Emily N. Masalski, about this request.

5. Ms. Masalski does not object.

6. This is the Arnold Defendants' first request for an extension to answer or otherwise plead.

7. This motion is not brought for any improper purpose or delay.

WHEREFORE Defendants Arnold Magnetic Technologies Corporation, Arnold Magnetic Technologies Holdings Corporation, Compass Group Diversified Holdings LLC, Flexmag Industries, Inc., and The Arnold Engineering Co. move this Court for an extension to September 28, 2018 to answer or otherwise plead, and for such other and further relief as this Court deems just.

DATED: July 12, 2018

Respectfully submitted,

Arnold Magnetic Technologies Corporation, Arnold Magnetic Technologies Holdings Corporation, Compass Group Diversified Holdings LLC, Flexmag Industries, Inc., and The Arnold Engineering Co.

By: /s/Jennifer T. Nijman
One of Their Attorneys

Jennifer T. Nijman
Kristen Laughridge Gale
Nijman Franzetti LLP
10 South LaSalle Street, #3600 A
Chicago, IL 60603
jn@nijmanfranzetti.com
kg@nijmanfranzetti.com

James R. Figliulo
Rebecca R. Kaiser
Figliulo & Silverman PC
10 South LaSalle Street, #3600
Chicago, IL 60603
jfigliulo@fslegal.com
rfournier@fslegal.com

## **CERTIFICATE OF SERVICE**

The undersigned, Jennifer T. Nijman, an attorney, hereby certifies that the *Unopposed* Motion For Extension of Time to Answer or Otherwise Plead and the Notice of Motion were served on July 12, 2018, in accordance with Fed.R.Civ.P. 5, LR 5.5, and the General order on Electronic Case Filing (ECF), pursuant to the district court's ECF system as to the ECF filers, and was sent by first class mail or by hand delivery to non-ECF filers, if any.

    /s/Jennifer T. Nijman
One of the Attorneys for Defendants Arnold Magnetic Technologies Corporation, Arnold Magnetic Technologies Holdings Corporation, Compass Group Diversified Holdings LLC, Flexmag Industries, Inc., and The Arnold Engineering Co.