IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEWIS AND GENEVA D. LEWIS, individually, | ) ) ) | |
| | ) | Case No. 18-50186 |
| Plaintiffs, | ) ) | |
| | ) | Honorable Frederick J. Kapala |
| | ) | |
| v. | ) | Honorable Iain D. Johnston |
| | ) | |
| 300 WEST, LLC, an Illinois Limited Liability Company, *et al*. | ) ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

Please take notice that on Thursday, July 26, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Iain D. Johnson, or any judge sitting in his stead, in Courtroom 5600, Stanley J. Roszkowski United States Courthouse, 327 South Church Street Rockford, IL 61101, and present the Unopposed Motion for Extension of Time to Answer or Otherwise Plead.

   /s/Jennifer T. Nijman
One of the Attorneys for Defendants Arnold Magnetic Technologies Corporation, Arnold Magnetic Technologies Holdings Corporation, Compass Group Diversified Holdings LLC, Flexmag Industries, Inc., and The Arnold Engineering Co.

Jenifer T. Nijman
Kristen Laughridge Gale
Nijman Franzetti LLP
10 South LaSalle Street, #3600 A
Chicago, IL 60603
jn@nijmanfranzetti.com
kg@nijmanfranzetti.com

James R. Figliulo
Rebecca R. Kaiser
Figliulo & Silverman PC
10 South LaSalle Street, #3600
Chicago, IL 60603
jfigliulo@fslegal.com
rfournier@fslegal.com

{00056580.DOCX}

## **CERTIFICATE OF SERVICE**

      The undersigned, Jennifer T. Nijman, an attorney, hereby certifies that the *Unopposed* Motion For Extension of Time to Answer or Otherwise Plead and the Notice of Motion were served on July 12, 2018, in accordance with Fed.R.Civ.P. 5, LR 5.5, and the General order on Electronic Case Filing (ECF), pursuant to the district court's ECF system as to the ECF filers, and was sent by first class mail or by hand delivery to non-ECF filers, if any.

      /s/Jennifer T. Nijman
One of the Attorneys for Defendants Arnold Magnetic Technologies Corporation, Arnold Magnetic Technologies Holdings Corporation, Compass Group Diversified Holdings LLC, Flexmag Industries, Inc., and The Arnold Engineering Co.