UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Western Division

Michael Lewis, et al.
　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 3:18−cv−50186
　　　　　　　　　　　　　　　　　　　Honorable Frederick J. Kapala

300 West LLC, et al.
　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 12, 2018:

　　　MINUTE entry before the Honorable Iain D. Johnston: The defendants' motion for an extension of time [16] is unopposed and granted. The defendants' answers are now due 9/28/2018. Presentment of the motion set for 7/26/2018 is stricken. The initial status hearing previously set for 7/26/2018 is stricken and is reset to 10/4/2018 at 9:00 AM. The joint initial written status report is now due 10/1/2018. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.