UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Michael Lewis, et al., | |
|       Plaintiffs, | Case No. 3:18-cv-50186 |
| v. | Judge Frederick J. Kapala |
| 300 West LLC, et al., | Magistrate Judge Iain D. Johnston |
|       Defendants. | |

**STIPULATION OF PLAINTIFFS AND DEFENDANT PRECISION CASTPARTS CORP. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs, Michael Lewis and Geneva D. Lewis ("Plaintiffs"), and defendant Precision Castparts Corp. ("PCC"), by their undersigned attorneys, stipulate and agree as follows:

1.　Plaintiffs filed this action on June 6, 2018. DE 1.

2.　PCC waived service of process, and its response to the Complaint is currently due August 7, 2018. DE 7.

3.　On July 12, 2018, this Court granted defendants Arnold Magnetic Technologies Corporation, Arnold Magnetic Technologies Holding Corporation, Compass Group Diversified Holdings LLC, Flexmag Industries, Inc., and The Arnold Engineering Co.'s unopposed motion for an extension of time to respond to the Complaint. DE 18. The deadline for those defendants to respond is now September 28, 2018. *Id.*

4.　PCC has requested and Plaintiffs have consented to the same extension for PCC to respond to the Complaint.

5.　Accordingly, PCC and Plaintiffs stipulate and agree that PCC's deadline to answer or otherwise plead to the Complaint is September 28, 2018.

| | |
|---|---|
| Dated: August 1, 2018 | Respectfully submitted, |
| */s/ Emily N. Masalski* | */s/ Steven G. Trubac* |
| Emily N. Masalski<br>Darren J. Hunter<br>Rooney Rippie & Ratnaswamy LLP<br>350 W Hubbard Street, Suite 600<br>Chicago, Illinois 60654<br>Telephone: (312) 447-2821<br>emily.masalski@r3law.com<br>darren.hunter@r3law.com<br><br>*Attorneys for Plaintiffs, Michael Lewis & Geneva D. Lewis* | Susan E. Brice<br>Thor W. Ketzback<br>Steven G. Trubac<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 N Clark Street, Suite 4300<br>Chicago, Illinois 60601<br>Telephone: (312) 602-5000<br>Facsimile: (312) 602-5050<br>susan.brice@bclplaw.com<br>thor.ketzback@bclplaw.com<br>steve.trubac@bclplaw.com<br><br>*Attorneys for Defendant Precision Castparts Corp.* |

12025011

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on August 1, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

                   */s/ Steven G. Trubac*
                   Steven G. Trubac