UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL LEWIS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Case No. 18 CV 50186** |
| v. ) | |
| ) | **Judge Frederick J. Kapala** |
| **300 WEST LLC, et al.,** ) | **Magistrate Judge Iain D. Johnston** |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   All Parties of Record

PLEASE TAKE NOTICE that on Thursday, August 16, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Iain D. Johnson, or any judge sitting in his stead, in Courtroom 5600, Stanley J. Roszkowski United States Courthouse, 327 South Church Street Rockford, IL 61101, and present the Unopposed Motion for Extension of Time to Answer or Otherwise Plead.

>300 WEST LLC and
>MPR MANAGEMENT INC.
>
>/s/ Howard C. Jablecki
>One of their attorneys

Howard C. Jablecki
KLEIN, THORPE AND JENKINS, LTD.
20 N. Wacker Drive, Suite 1660
Chicago, Illinois 60606
Ph: (312) 984-6400
Fax: (312) 984-6444
hcjablecki@ktjlaw.com

### CERTIFICATE OF SERVICE

I, Howard C. Jablecki, an attorney, certify that on August 6, 2018, I served this Notice of Motion together with all attachments using the CM/ECF system that will send notification of such filing to the attorneys of record.

>/s/ Howard C. Jablecki

400299_1