# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

Michael Lewis, et al.

                              Plaintiff,

v.                                                    Case No.: 3:18−cv−50186
                                                           Honorable Frederick J. Kapala

300 West LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 7, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Defendants' motion for extension of time [24] is unopposed and granted. Defendants 300 West LLC and MPR Management Inc.'s answers are now due 9/28/2018. Presentment of the motion set for 8/16/2018 is stricken. The initial status hearing remains set for 10/4/2018 at 9:00 AM and the joint initial status report remains due 10/1/2018. Lead counsel with full knowledge of the case must appear in person at the initial status hearing. Plaintiff is directed to notify any party filing an appearance to the entry of this order. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.