# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS and GENEVA D. LEWIS, individually, | ) ) ) |
| Plaintiffs, | ) Case No. 18-cv-50186 ) |
| v. | ) Judge Fredrick J. Kapala ) Magistrate Judge Iain D. Johnston |
| 300 WEST LLC, an Illinois limited liability company, et al. | ) ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) |

## NOTICE OF MOTION

TO:    **See Attached Service List**

PLEASE TAKE NOTICE that on Tuesday, August 28th, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge Iain D. Johnston and shall then and there present, **Plaintiffs' Motion to Extend Time for Service of Complaint and Supporting Memorandum**, which was filed electronically with the Court and is available through the Court's CM/ECF system.

Dated: August 23, 2018

Respectfully submitted,

By:  /s/ Emily N. Masalski
       Attorney for Plaintiffs

Emily N. Masalski
Darren J. Hunter
ROONEY RIPPIE & RATNASWAMY LLP
350 West Hubbard Street, Suite 600
Chicago, Illinois 60654
(312) 447-2821
emily.masalski@r3law.com
darren.hunter@r3law.com

**CERTIFICATE OF SERVICE**

  Pursuant to Fed. R. Civ. P. Rule 5, I hereby certify that I caused a copy of the foregoing Notice of Motion, Plaintiffs' Motion to Extend Time for Service of Complaint and Supporting Memorandum were electronically filed with the Clerk of the Court using the CM/ECF system and served upon all parties listed on the service list below by electronic means pursuant to the CM/ECF system prior to 5:00 p.m. on this 23rd day of August, 2018.

                    /s/ Emily N. Masalski
                    Emily N. Masalski
                    ROONEY RIPPIE & RATNASWAMY LLP
                    350 W. Hubbard Street, Suite 600
                    Chicago, Illinois 60654
                    (312) 447-2821
                    emily.masalski@r3law.com

| | |
|---|---|
| Susan E. Brice<br>Thor W. Ketzback,<br>Steven G. Trubac<br>Attorneys for Precision Castparts Corp.<br>Bryan Cave Leighton Paisner LLP<br>161 N. Clark, Suite 4300<br>Chicago, Illinois 60601<br>susan.brice@bclplaw.com<br>thor.ketzback@bclplaw.com<br>steve.trubac@bclplaw.com | Howard C. Jablecki<br>Attorney for 300 West LLC and MPR Management Inc.<br>Klein, Thorpe, and Jenkins, Ltd.<br>20 N. Wacker Drive, Suite 1660<br>Chicago, Illinois 60606<br>hcjablecki@ktjlaw.com |
| James R. Figliulo<br>Rebecca Kaiser<br>Attorneys for The Arnold Engineering Co., Arnold Magnetic Technologies Holdings Corporation, Flexmag Industries, Inc., and Compass Group Diversified Holdings LLC<br>Figliulo & Silverman P.C.<br>10 S. LaSalle Street, Suite 3600<br>Chicago, Illinois 60603<br>jfigliulo@fslegal.com<br>rfournier@fslegal.com | Jennifer T. Nijman<br>Kristen L. Gale<br>Attorneys for The Arnold Engineering Co., Arnold Magnetic Technologies Holdings Corporation, Flexmag Industries, Inc., and Compass Group Diversified Holdings LLC<br>Nijman Franzetti LLP<br>10 S. LaSalle Street, Suite 3600<br>Chicago, Illinois 60603<br>jn@nijmanfranzetti.com<br>kg@nijmanfranzetti.com |