UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Western Division

Michael Lewis, et al.
                    Plaintiff,

v.                                    Case No.: 3:18−cv−50186
                                            Honorable Frederick J. Kapala

300 West LLC, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 27, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiffs' motion for an extension of time [27] is granted. For good cause shown, the Court extends the deadline for service under Fed. R. Civ. P. 4(m) to 10/4/2018. Presentment of the motion set for 8/28/2018 is stricken. The joint initial written status report due 10/1/2018 shall given an update on the status of serving the remaining defendants. The initial status hearing remains set for 10/4/2018 at 9:00 AM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.