**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| Michael Lewis and Geneva D. Lewis, | |
| Plaintiffs, | No. 18-cv-50186 |
| v. | Judge Frederick J. Kapala |
| 300 West LLC, *et al.*, | Magistrate Judge Iain D. Johnston |
| Defendants. | |

**NOTICE OF MOTION**

Please take notice that on September 18, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Iain D. Johnston, or any other judge sitting in his stead, in Courtroom 5200 of the United States District Court for the Northern District of Illinois, 327 South Church Street, Rockford, Illinois, and then and there present *Defendant Precision Castparts Corp.'s Unopposed Motion for Leave to Exceed the Page Limit for the Brief in Support of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12.*

|  |  |
|---|---|
| Dated: September 13, 2018 | Respectfully submitted, |
|  | */s/ Steven G. Trubac* |
|  | Susan E. Brice |
|  | Thor W. Ketzback |
|  | Steven Trubac |
|  | BRYAN CAVE LEIGHTON PAISNER LLP |
|  | 161 N Clark Street, Ste 4300 |
|  | Chicago, IL 60601 |
|  | Telephone: (312) 602-5000 |
|  | Facsimile: (312) 602-5050 |
|  | susan.brice@bclplaw.com |
|  | thor.ketzback@bclplaw.com |
|  | steve.trubac@bclplaw.com |
|  | *Attorneys for Defendant Precision Castparts Corp.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 13, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Steven Trubac*
Steven Trubac