# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS and GENEVA D. LEWIS, individually, | ) **NOTICE OF VOLUNTARY** ) **DISMISSAL PURSANT TO** ) **F.R.C.P. 41(a)1)(A)(i)** |
| Plaintiffs, | ) |
| v. | ) Case No. 18-cv-50186 |
| | ) |
| 300 WEST LLC, an Illinois limited liability company, et al. | ) Judge Fredrick J. Kapala ) Magistrate Judge Iain D. Johnston |
| | ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS TO CERTAIN DEFENDANTS

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs MICHAEL LEWIS and GENEVA D. LEWIS and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants **ALLEGHENY TECHNOLOGIES INCORPORATED f/k/a ALLEGHENY TECHNOLOGIES INC.,** a Delaware corporation**.; ALLEGHENY LUDLUM, LLC,** a Pennsylvania limited liability company and **ALLEGHENY LUDLUM CORPORATION,** a Pennsylvania corporation.

Dated: September 21, 2018

Respectfully submitted,

By: /s/ Emily N. Masalski
Attorney for Plaintiffs


Emily N. Masalski
Darren J. Hunter
ROONEY RIPPIE & RATNASWAMY LLP
350 West Hubbard Street, Suite 600
Chicago, Illinois 60654
(312) 447-2821
emily.masalski@r3law.com
darren.hunter@r3law.com

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5, I hereby certify that I caused a copy of the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) as to Certain Defendants to be electronically filed with the Clerk of the Court using the CM/ECF system and served upon all parties listed on the service list in this case by electronic means pursuant to the CM/ECF system, and via electronic mail and USPS to the addresses listed below, prior to 5:00 p.m. on this 21st day of September, 2018.

    /s/ Emily N. Masalski
Emily N. Masalski
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois 60654
(312) 447-2821
emily.masalski@r3law.com

Brian J. Kluckman and Thomas J. Smith
K&L Gates LLP
210 Sixth Avenue
Pittsburg, Pennsylvania 15222
brian.kluckman@klgates.com
thomas.smith@klgates.com

*Attorneys for:*
ALLEGHENY TECHNOLOGIES INCORPORATED f/k/a ALLEGHENY TECHNOLOGIES INC., a Delaware corporation.; ALLEGHENY LUDLUM, LLC, a Pennsylvania limited liability company and ALLEGHENY LUDLUM CORPORATION, a Pennsylvania corporation